# Exhibit B

{1767334:2 }

DebtEd, MDisCs, CLOSED

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 18-12075-cgm

*Assigned to:* Judge Cecelia G. Morris
Chapter 13
Voluntary
Asset

*Date filed:* 07/09/2018
*Date terminated:* 10/02/2018
*Debtor dismissed:* 09/12/2018
*341 meeting:* 10/26/2018

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Rodolfo V. Quiroga**
40 West 55th Street
Penthouse S
New York, NY 10019
NEW YORK-NY
SSN / ITIN: xxx-xx-6688

represented by **Scott R. Schneider**
117 Broadway
Hicksville, NY 11801
(516) 433-1555
Fax : (516) 433-1511
Email: scottsch@optonline.net

*Trustee*
**Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333
Tax ID / EIN: 82-3912823

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 07/09/2018 | 1 (16 pgs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Section 521(i) Incomplete Filing Date: 08/23/2018. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period - Form 122C-1 Due 07/23/2018 Means Test Calculation Form 122C-2 Due: 07/23/2018. Schedule A/B due 07/23/2018. Schedule C due 07/23/2018. Schedule G due 07/23/2018. Schedule H due 07/23/2018. Schedule I due 07/23/2018. Schedule J due 07/23/2018. Schedule J-2 due 07/23/2018. Summary of Assets and Liabilities due 07/23/2018. Statement of Financial Affairs due 07/23/2018. Atty Disclosure State. due 07/23/2018. Chapter 13 Model Plan due 07/23/2018. Incomplete Filings due by 07/23/2018, Filed by Scott R. Schneider on behalf of Rodolfo V. Quiroga. (Schneider, Scott) (Entered: 07/09/2018) |

| Date | Doc # | Description |
|---|---|---|
| 07/09/2018 | 2 (1 pg) | Certificate of Credit Counseling, Certificate Number: 16199-NYS-CC-030581509 Filed by Scott R. Schneider on behalf of Rodolfo V. Quiroga. (Schneider, Scott) Modified on 7/9/2018 (Porter, Minnie). (Entered: 07/09/2018) |
| 07/09/2018 | | Receipt of Voluntary Petition (Chapter 13)(18-12075) [misc,1161] ( 310.00) Filing Fee. Receipt number 12661301. Fee amount 310.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 07/09/2018) |
| 07/09/2018 | 3 (2 pgs; 2 docs) | Deficiency Notice (Cappiello, Karen). (Entered: 07/09/2018) |
| 07/09/2018 | 4 (3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 8/31/2018 at 10:00 AM at Office of UST (One Bowling Green, Fifth Floor, Room 511). with Confirmation hearing to be held on 9/13/2018 at 01:15 PM at Courtroom 617 Last day to object to dischargeability of a debt is 10/30/2018. Last day to Object to Confirmation 9/4/2018, Proofs of Claim due by 9/17/2018, (Cappiello, Karen). (Entered: 07/09/2018) |
| 07/11/2018 | 5 (3 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 4)) . Notice Date 07/11/2018. (Admin.) (Entered: 07/12/2018) |
| 07/11/2018 | 6 (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 3)) . Notice Date 07/11/2018. (Admin.) (Entered: 07/12/2018) |
| 07/30/2018 | 7 | Notice Rescheduling Confirmation Hearing currently scheduled for 9/13/2018 has been RESCHEDULED to 10/11/2018 at 09:00 AM at Courtroom 617 (Ashmeade, Vanessa). (Entered: 07/30/2018) |
| 07/30/2018 | 8 | AMENDED Notice of Hearing rescheduling the Confirmation Hearing currently scheduled for 9/13/2018 has been RESCHEDULED to 10/11/2018 at 1:15 PM at Courtroom 617 (Ashmeade, Vanessa). (Entered: 07/30/2018) |
| 08/16/2018 | 9 (9 pgs; 2 docs) | Motion to Dismiss Case *Motion of 40 West 55th Street Condominium for Order: (I) Dismissing or Converting the Case; (II) Modifying and Annulling Automatic Stay of 11 U.S.C. §362 to Permit Foreclosure of Liens Against the Premises; (III) Compelling Payment of Postpetition Charges; and (IV) Granting Access to Premises* filed by Adam L. Rosen on behalf of 40 West 55th Street Condominium with hearing to be held on 9/6/2018 at 11:00 AM at Courtroom 617 Responses due by 9/3/2018,. (Attachments: # 1 Exhibit 1 - Proposed Order) (Rosen, Adam) (Entered: 08/16/2018) |
| 08/16/2018 | 10 (2 pgs) | Notice of Hearing *on Motion of 40 West 55th Street Condominium for Order: (I) Dismissing or Converting the Case; (II) Modifying and Annulling Automatic Stay of 11 USC 362 to Permit Foreclosure of Liens Against the Premises; (III) Compelling Payment of Postpetition Charges; and (IV) Granting Access to Premises* (related document(s)9) filed by Adam L. Rosen on behalf of 40 West 55th Street Condominium. with hearing to be held on 9/6/2018 at 11:00 AM at Courtroom 617 Objections due by 9/3/2018, (Rosen, Adam) (Entered: 08/16/2018) |
| 08/16/2018 | 11 | Affidavit *Declaration of Marian Glazer In Support of Motion for Order:* |

| | | |
|---|---|---|
| | (102 pgs; 4 docs) | *(I) Dismissing or Converting the Case; (II) Modifying and Annulling Automatic Stay of 11 USC 362 to Permit Foreclosure of Liens Against the Premises; (III) Compelling Payment of Postpetition Charges; and (IV) Granting Access to Premises* (related document(s)9) Filed by Adam L. Rosen on behalf of 40 West 55th Street Condominium. (Attachments: # 1 Exhibit A - Condominium Bylaws # 2 Exhibit B - Liens filed by Movant # 3 Exhibit C - Bank Judgment of Foreclosure)(Rosen, Adam) (Entered: 08/16/2018) |
| 08/16/2018 | 12 (4 pgs) | Affidavit of Service *of Motion of 40 West 55th Street Condominium for Order: (I) Dismissing or Converting the Case; (II) Modifying and Annulling Automatic Stay of 11 USC 362 to Permit Foreclosure of Liens Against the Premises; (III) Compelling Payment of Postpetition Charges; and (IV) Granting Access to Premises, Notice of Hearing and Declaration of Marian Glazer* (related document(s)9, 10) Filed by Adam L. Rosen on behalf of 40 West 55th Street Condominium. (Rosen, Adam) (Entered: 08/16/2018) |
| 08/24/2018 | 13 (2 pgs; 2 docs) | Notice of Hearing on Automatic Dismissal with hearing to be held on 10/11/2018 at 09:00 AM at Courtroom 617 (DuBois, Linda). (Entered: 08/24/2018) |
| 08/26/2018 | 14 (2 pgs) | Certificate of Mailing Re: Notice of Hearing on Automatic Dismissal (related document(s) (Related Doc # 13)) . Notice Date 08/26/2018. (Admin.) (Entered: 08/27/2018) |
| 09/05/2018 | 15 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 10/26/2018 at 09:30 AM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Preuss, Krista) (Entered: 09/05/2018) |
| 09/05/2018 | 16 (2 pgs; 2 docs) | Notice of Appearance filed by Brittany J. Maxon on behalf of Wells Fargo Bank, N.A.. (Attachments: # 1 Certificate of Service)(Maxon, Brittany) (Entered: 09/05/2018) |
| 09/06/2018 | | Pending Deadlines Terminated RE: Motion to Dismiss Case Motion of 40 West 55th Street Condominium for Order: (I) Dismissing or Converting the Case; (II) Modifying and Annulling Automatic Stay of 11 U.S.C. §362 to Permit Foreclosure of Liens Against the Premises; (III) Compelling Payment of Postpetition Charges; and (IV) Granting Access to Premises filed by Adam L. Rosen on behalf of 40 West 55th Street Condominium; Hearing held and concluded, submit Order as indicated on the record. (DuBois, Linda). (Entered: 09/07/2018) |
| 09/12/2018 | 17 (4 pgs; 3 docs) | Order Granting Motion To Dismiss Case With Prejudice (Related Doc # 9) signed on 9/12/2018. (DuBois, Linda) (Entered: 09/12/2018) |
| 09/12/2018 | | Pending Deadlines Terminated. Deficiency deadlines terminated, debtor dismissed. (DuBois, Linda). (Entered: 09/12/2018) |
| 09/14/2018 | 18 (3 pgs) | Certificate of Mailing Re: Order to Dismiss (related document(s) (Related Doc # 17)) . Notice Date 09/14/2018. (Admin.) (Entered: 09/15/2018) |
| 10/02/2018 | 19 (2 pgs) | Chapter 13 Trustee's Final Report and Account . (Preuss, Krista) (Entered: 10/02/2018) |

| 10/02/2018 | 20<br>(2 pgs; 2 docs) | Order Discharging Trustee. (Fredericks, Frances). (Entered: 10/02/2018) |
|---|---|---|
| 10/02/2018 | | Case Closed. (Fredericks, Frances). (Entered: 10/02/2018) |
| 10/04/2018 | 21<br>(2 pgs) | Certificate of Mailing Re: Order Discharging Trustee (related document(s) (Related Doc # 20)). Notice Date 10/04/2018. (Admin.) (Entered: 10/05/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/12/2018 09:33:48 | | | |
| PACER Login: | gmichellereed | Client Code: | |
| Description: | Docket Report | Search Criteria: | 18-12075-cgm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |