# Exhibit C

{1767334:2 }

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                       Chapter 13

   RODOLFO V. QUIROGA,                                       Case No. 18-12075 (CGM)

                        Debtor.
------------------------------------------------------------x

## ORDER ON MOTION OF 40 WEST 55TH STREET CONDOMINIUM (I) DISMISSING OR CONVERTING THE CASE; (II) MODIFYING AND ANNULLING AUTOMATIC STAY OF 11 U.S.C. §362 TO PERMIT FORECLOSURE OF LIENS AGAINST THE PREMISES; (III) COMPELLING PAYMENT OF POSTPETITION CHARGES; AND (IV) GRANTING ACCESS TO PREMISES

Upon the motion, dated August 15, 2018 (the "**Motion**")[1] of the 40 West 55th Street

Condominium (the "Movant") seeking entry of an order (i) dismissing or converting the Debtor's

case under sections 109(e) or 521(i) of title 11, United States Code (the "**Bankruptcy Code**"), (ii)

modifying and annulling the automatic stay to permit Movant to foreclose on certain liens it has filed

against the premises for unpaid common area charges and other amounts owed to Movant, (iii)

compelling the Debtor to pay the Movant common area and other charges due during the

postpetition period pursuant to the condominium bylaws, and (iv) granting Movant reasonable

access to the Premises pursuant to the terms of the Bylaws.; and upon Declaration of Marian Glazer,

dated August 15, 2018, filed in support of the Motion; and proper notice of the hearing (the

"**Hearing**") on the Motion having been given to the Debtor, counsel to the Debtor, the Chapter 13

Trustee, the creditors listed by the Debtor in his petition, the Office of the United States Trustee for

Region 2, and any parties that filed a notice of appearance in the Debtor's case; and upon the record

of the Hearing held before the undersigned on September 6, 2018; and the Court having found that

the Debtor failed to file the Schedules required by the Bankruptcy Code and failed to properly

prosecute this Chapter 13 case; and the transcript of which is incorporated by reference herein; and good cause appearing for the relief requested in the Motion; it is hereby

     **ORDERED,** that the Debtor's Chapter 13 case is hereby dismissed; and it is further

     **ORDERED,** that pursuant to section 109(g) of the Bankruptcy Code, the Debtor is ineligible to file for bankruptcy protection under any chapter for one hundred eighty (180) days and it is further

     **ORDERED,** that pursuant to Bankruptcy Rule 4001(a)(3), this Order shall be effective immediately.

/s/ Cecelia G. Morris

**Dated: September 12, 2018**
**Poughkeepsie, New York**

**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

1 Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

2

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Rodolfo V. Quiroga | CASE NO.: 18−12075−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−6688 | CHAPTER: 13 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Rodolfo V. Quiroga was dismissed from the case on September 12, 2018 for one hundred eighty (180) days.

Dated: September 12, 2018

Vito Genna
Clerk of the Court

# Notice Recipients

| District/Off: 0208–1 | User: ldubois | Date Created: 9/12/2018 |
|---|---|---|
| Case: 18–12075–cgm | Form ID: 131 | Total: 28 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Krista M. Preuss | info@ch13kp.com |
| aty | Scott R. Schneider | scottsch@optonline.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Rodolfo V. Quiroga 40 West 55th Street Penthouse S New York, NY 10019 | |
| smg | N.Y. State Unemployment Insurance Fund P.O. Box 551 Albany, NY 12201–0551 | |
| smg | New York City Dept. Of Finance 345 Adams Street, 3rd Floor Attn: Legal Affairs – Devora Cohn Brooklyn, NY 11201–3719 | |
| smg | New York State Tax Commission Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY 12205–0300 | |
| smg | United States Attorney's Office Southern District of New York Attention: Tax & Bankruptcy Unit 86 Chambers Street, Third Floor New York, NY 10007 | |
| 7367526 | AMERICAN EXPRESS CENT. 200 VESEY STREET NEW YORK, NY 10285 | |
| 7398374 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355–0701 | |
| 7384832 | Bank of America, N.A. P O Box 982284 El Paso, TX 79998–2238 | |
| 7367527 | CAVALRY SPV I LLC 500 SUMMIT LAKE DRIVE VALHALLA, NY 10595 | |
| 7368760 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | |
| 7371554 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054–3025 | |
| 7388412 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC PO Box 2011 Warren, MI 48090 | |
| 7367528 | NYS DEPT OF TAXATION & FINANCE WA HARRIMAN CAMPUS ALBANY, NY 12227 | |
| 7367529 | NYS DEPT OF TAXATION & FINANCE BANKRUPTCY UNIT P.O. BOX 5300 ALBANY, NY 12205 | |
| 7367530 | OFFICE OF THE ATTORNEY GENERAL THE CAPITOL ALBANY, NY 12224 | |
| 7396689 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | |
| 7367531 | RK HAIR SALON 40 W 55TH ST. APT. PHS NEW YORK, NY 10019 | |
| 7397736 | Verizon by American InfoSource as agent PO Box 248838 Oklahoma City, OK 73124–8838 | |
| 7367532 | WELLS FARGO HOME MORTGAGE PO BOX 14411 DES MOINES, IA 50306 | |
| 7367533 | WHITEHALL APARTMENTS CO. BOARD OF MANAGERS OF THE 40 WEST 55TH STREET CONDO 40 WEST 55TH STREET NEW YORK, NY 10019 | |
| 7367534 | WHITEHALL APARTMENTS CO. C/O ROBERT E. JUDGE PC 131 LAWRENCE STREET 2ND FLOOR BROOKLYN, NY 11201 | |
| 7367535 | WOODS OVIATT GILMAN LLP 700 CROSSROADS BUILDING 2 STATE STREET ROCHESTER, NY 14614 | |
| 7395832 | Wells Fargo Bank, N.A. Default Document Processing MAC# N9286–01Y 1000 Blue Gentian Road Eagan, MN 55121–7700 | |
| 7396174 | Wells Fargo Bank, N.A. c/o Woods Oviatt Gilman, LLP 700 Crossroads Building 2 State Street Rochester, NY 14614 | |
| 7367536 | ZWICKER & ASSOCIATES PC 100 CORPORATE WOODS SUITE 230 ROCHESTER, NY 14623 | |

TOTAL: 25