# Exhibit D

{7001062:5 }«Field7»

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Rodolfo Valentin Quiroga

Debtor.

ORDER

CASE #: 19-10198
CHAPTER 13

## ORDER CONFIRMING THAT AUTOMATIC STAY DOES <u>NOT APPLY</u>

Upon the application of Wells Fargo Bank, N.A. ("Secured Creditor") for an order confirming the automatic stay shall not take effect pursuant to 11 USC §109(g) as to the Creditor's interests in 40 W 55th St Unit PHS, New York, NY 10019-5371 (the "Property"), to allow the Secured Creditor's enforcement of its rights in, and remedies in and to, the Property and due and proper notice of the Motion having been given and there being no opposition to the Motion; it is hereby

**ORDERED** that the Motion is granted and that pursuant to 11 U.S.C. § 109(g), the automatic stay under 11 U.S.C. § 362(a) did not take effect upon the filing of, and does not apply in, this chapter 13 case.

{7001062:5} «Field7»